No. 4986.—Díaz Molinari et als., peticionarios-apldos., *v.* Cividanes Alonso, aplte.—C. D. Guayama. Nov. 5, 1929.

(Por la corte, à propuesta del Juez Asociado Señor Aldrey.)

POR CUANTO, se solicita que desestimemos por frívola la presente apelación;

POR CUANTO, hemos examinado los autos y el alegato del apelante;

POR CUANTO, en la administración judicial en que se dictó la orden recurrida ha sido aprobada la partición y adjudicación de los bienes relictos por Rufina Molinari;

POR CUANTO, dinero y títulos de deudas adjudicados a algunas de las personas interesadas en esa partición los tiene depositados el administrador judicial en bancos extranjeros;

POR CUANTO, en la resolución apelada se ordena al administrador judicial que dicho dinero y títulos los traiga a esta Isla para estar a disposición del tribunal;

POR CUANTO, en este caso estimamos justa esa orden para que esos bienes puedan ser entregados a las personas a quienes fueron adjudicados, por lo que la apelación interpuesta contra ella es frívola,

POR TANTO, debemos desestimar y desestimamos la apelación interpuesta por el Administrador judicial Manuel Civi-

danes contra la resolución del 14 de enero de 1929 dictada en los expresados autos de administración judicial.

El Juez Asociado Señor Texidor no intervino.